IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN E. HANNON, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:10-CV-1382-K |
| | ) | |
| KIWI SERVICES, | ) | |
|     Defendant. | ) | |

## AMENDED ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and Plaintiff's Objections filed on January 17, 2012, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct except as noted below and they are accepted as the Findings and Conclusions of the Court.

The Court does not adopt and strikes Magistrate Judge's citations on Page 8, "(citing *Rachid v. Jack in the Box, Inc.*, 376 F.3d 305, 312 (5th Cir. 2004))", and Page 15 "*See Rachid*, 376 F.3d at 312".

Plaintiff's Objections to Magistrates' Findings, Conclusions and Recommendation are hereby **OVERRULED**.

SO ORDERED.

SIGNED January 24th, 2012.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE